**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

|  |  |
|---|---|
| DAVID BELLO, | Case No.: 2:25-cv-01705-RFB-NJK |
| Plaintiff, | **Order** |
| v. | (Docket Nos. 9, 10, 15) |
| STATE OF NEVADA, et al., | |
| Defendants. | |

**I.      IN FORMA PAUPERIS APPLICATION**

On September 10, 2025, *pro se* plaintiff David Bello, an inmate in the custody of the Nevada Department of Corrections, initiated this action by submitting a petition for writ of habeas corpus and then, a few weeks later, a complaint under 42 U.S.C. § 1983.  Docket Nos. 1-1, 4. Plaintiff did not pay the filing fee for either a civil action or habeas action and did not submit an application to proceed *in forma pauperis* ("IFP")*.*

On October 16, 2025, the Court ordered Plaintiff to choose whether he was pursuing a § 1983 civil rights action or a habeas action in this case, noting that he could not pursue both simultaneously in the same case.  Docket No. 5.  The Court also directed Plaintiff to pay the full filing fee for the action he was choosing to go forward with or, alternatively, file an IFP.  *Id*.

Although Plaintiff notified the Court that he wanted to pursue the civil rights complaint and not his habeas petition in this action, Plaintiff has struggled to file a proper IFP.  Docket No. 13.  After failing to file an IFP or pay the full filing fee by the initial deadline, the Court issued a minute order directing Plaintiff to file an IFP by December 22, 2025.  Docket No. 14.  Two weeks after that deadline, Plaintiff filed an IFP on a state-court form.  Docket No. 15.  Plaintiff's IFP is incomplete because Plaintiff did not submit his application on this Court's approved form.

The United States District Court for the District of Nevada must collect filing fees from parties initiating civil actions.  28 U.S.C. § 1914(a).  As of December 1, 2023, the fee for filing a civil rights action is $405, which includes the $350 filing fee and the $55 administrative

fee. *See* 28 U.S.C. § 1914(b). "Any person who is unable to prepay the fees in a civil case may apply to the court for leave to proceed *in forma pauperis*." LSR 1-1. For an NDOC inmate to apply for *in forma pauperis* status, the inmate must submit a completed IFP on this Court's approved form by an inmate in NDOC custody, which includes pages 1–3 of the Court's approved form and is properly signed by Plaintiff on page 3. *See* 28 U.S.C. §§ 1914, 1915(a)(1)–(2); Nev. Loc. Special R. 1-2. *In forma pauperis* status does not relieve an inmate of his or her obligation to pay the filing fee, it just means that the inmate can pay the fee in installments. *See* 28 U.S.C. § 1915(b).

## II.      MOTIONS

Plaintiff filed motions for request for production of documents and for default judgment. Docket Nos. 9, 10. The Court denies those motions as premature. This action is in the pre-service screening stage. No defendants have been served in this case and, thus, are not required to respond to any of Plaintiff's filings at this stage of the litigation.

## III.      CONCLUSION

Accordingly, for the reasons stated above,

IT IS ORDERED that the IFP, Docket No. 15, is **DENIED** without prejudice.

IT IS FURTHER ORDERED that, no later than **March 6, 2026**, Plaintiff must either pay the full $405 filing fee or file a fully complete IFP, which includes pages 1–3 of the Court's approved form and is properly signed by Plaintiff on page 3.

IT IS FURTHER ORDERED that the motion for request for production of documents, Docket No. 9, and motion for default judgment, Docket No. 10, are **DENIED** without prejudice as premature.

IT IS FURTHER ORDERED that, if Plaintiff fails to timely comply with this order, this action will be subject to dismissal without prejudice. A dismissal without prejudice allows Plaintiff to refile the case with the Court, under a new case number, when Plaintiff can pay the required filing fee or file a complete IFP.

///

///

The Clerk of the Court is **INSTRUCTED** to send Plaintiff the approved form application to proceed *in forma pauperis* for an inmate in NDOC custody with instructions.

IT IS SO ORDERED.

DATED: February 9, 2026

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

3